FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADNAN HUSSEIN AL HAYYAWI & THEKRA AHMED JASIM,<br><br>Plaintiffs,<br><br>v.<br><br>UR JADDOU, Director, U.S. Citizenship and Immigration Services (USCIS); JONATHAN WEST, Director, Yakima Field Office, USCIS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | No. 4:23-CV-5035-ACE<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

**BEFORE THE COURT** is Plaintiff's notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). ECF No. 5.

Good cause appearing therefor, **IT IS HEREBY ORDERED** Plaintiffs' complaint in this matter, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**. Plaintiffs shall bear their own attorney's fees and cost.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED May 25, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 1